IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL J. DEVINE,<br><br>Defendant. | PO 25-5049-GF-JTJ<br>PO 25-5064-GF-JTJ<br>PO 25-5065-GF-JTJ<br>PO 25-5144-GF-JTJ<br><br>VIOLATIONS:<br>FBLG003G<br>FBLG003H<br>FBLG003I<br>FBLG003L<br>FBLG003M<br>FBLG003N<br>FBLG003O<br>FBLG003Q<br>FBLG003R<br>FBLG003W<br><br>Location Code: M9GF<br><br>ORDER |

Based upon the unopposed motion of the United States, the parties' plea agreement, and for good cause appearing,

**IT IS HEREBY ORDERED** that the initial appearance on violation FBLG003W set for October 30, 2025, is **VACATED**.

**IT IS FURTHER ORDERED** that the bench trial set for the remaining violations on October 30, 2025, is **VACATED**.

**IT IS FURTHER ORDERED** that the defendant shall make payments on violations FBLG003G and FBLG003H consistent with the recommendation in the plea agreement. The defendant shall pay a $1,000 fine, plus a $30 processing fee, for a total amount of $1,030 on violation FBLG003G. The defendant shall pay a $1,000 fine, plus a $30 processing fee, for a total payment of $1,030 on FBLG003H. The payments shall be made on the following schedule:

| Date payment due | Amount | Violation |
|---|---|---|
| December 1, 2025 | $206 | FBLG003G |
| January 1, 2026 | $206 | FBLG003G |
| February 1, 2026 | $206 | FBLG003G |
| March 1, 2026 | $206 | FBLG003G |
| April 1, 2026 | $206 | FBLG003G |
| May 1, 2026 | $206 | FBLG003H |
| June 1, 2026 | $206 | FBLG003H |
| July 1, 2026 | $206 | FBLG003H |
| August 1, 2026 | $206 | FBLG003H |
| September 1, 2026 | $206 | FBLG003H |

Payments may be made by check or made online. If payments are made by check, the check should be made to the Central Violations Bureau and mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX78278

If paid online, the payments shall be made on the CVB website:

www.cvb.uscourts.gov.

DATED this 29th day of October, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge